# U.S. District Court

## Pennsylvania Western - Pittsburgh

Receipt Date: May 7, 2025 3:18PM

PATRICIA A. MIRABELLI ITF

| Rcpt. No: 200014161 | | Trans. Date: May 7, 2025 3:18PM | | Cashier ID: #TA (6716) | |
|---|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| 200 | Civil Filing Fee- Non-Prisoner | INSERT CASE NUMBER | 1 | 405.00 | 405.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | Check | #1017 | 05/7/2025 | | $405.00 |
| | | | Total Due Prior to Payment: | | $405.00 |
| | | | Total Tendered: | | $405.00 |
| | | | Total Cash Received: | | $0.00 |
| | | | Cash Change Amount: | | $0.00 |

**Comments:** 2:25-CV-632

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

RECEIVED

MAY 0 7 2025

CLERK U.S. DISTRICT COURT
WEST DIST OF PENNSYLVANIA