AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Western District of Pennsylvania

**FILED**

MAY 0 7 2025

CLERK U.S. DISTRICT COURT
WEST DIST OF PENNSYLVANIA

| | |
|---|---|
| ISAAC STEVEN PENASCINO | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| FAITH MUSSELWHITE (et. al) | ) |
| | ) |
| See attached "Defendants List". | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No. 2 : 25-cv-632

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    FAITH M MUSSELWHITE
Officer #306938
c/o City of Pittsburgh
830 E. Warrington Ave.
Pittsburgh, PA 15210

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     ISAAC STEVEN PENASCINO
Pro Se Litigant
133 Laurie Drive
Pittsburgh, Pennsylvania 15235

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 5/7/2025

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Western District of Pennsylvania

| | | |
|---|---|---|
| ISAAC STEVEN PENASCINO | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | Civil Action No. 2:25-cv-632 |
| v. | ) | |
| COMMONWEALTH OF PENNSYLVANIA (et. al) | ) | |
| | ) | |
| See attached "Defendants List". | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    COMMONWEALTH OF PENNSYLVANIA
Administrative Office of Pennsylvania Courts
601 Commonwealth Ave. Suite 1500
P.O. Box 61260 Harrisburg, PA 17106

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ISAAC STEVEN PENASCINO
Pro Se Litigant
133 Laurie Drive
Pittsburgh, Pennsylvania 15235

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 5/7/2025

*Ryan Merrigan*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Western District of Pennsylvania

| | |
|---|---|
| ISAAC STEVEN PENASCINO <br><br> *Plaintiff(s)* <br> v. <br> BENJAMIN GERY (et. al) <br><br> See attached "Defendants List". <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 2 : 25-cv-632 <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
BENJAMIN GERY
c/o City of Pittsburgh
830 E. Warrington Ave.
Pittsburgh, PA 15210

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
ISAAC STEVEN PENASCINO
Pro Se Litigant
133 Laurie Drive
Pittsburgh, Pennsylvania 15235

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 5/7/2025

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

<u>Western District of Pennsylvania</u>

| | |
|---|---|
| ISAAC STEVEN PENASCINO | )<br>)<br>)<br>) |
| *Plaintiff(s)* | )<br>) |
| v. | ) |
| TRENT COPE (et. al) | )<br>) |
| See attached "Defendants List". | )<br>)<br>) |
| *Defendant(s)* | ) |

Civil Action No. 2:25-cv-632

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
            TRENT COPE
            245 Edith Street
            Pittsburgh, PA 15211

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
            ISAAC STEVEN PENASCINO
            Pro Se Litigant
            133 Laurie Drive
            Pittsburgh, Pennsylvania 15235

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 5/7/2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| Western District of Pennsylvania |

ISAAC STEVEN PENASCINO

_____
*Plaintiff(s)*

v.

CITY OF PITTSBURGH (et. al)

See attached "Defendants List".

_____
*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 2:25-cv-632

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

CITY OF PITTSBURGH
414 Grant St.
Pittsburgh, PA 15219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ISAAC STEVEN PENASCINO
Pro Se Litigant
133 Laurie Drive
Pittsburgh, Pennsylvania 15235

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 5/7/2025

_____
*Signature of Clerk or Deputy Clerk*